**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KEVIN LINN**                                                                                                          **PLAINTIFF**

**V.**                                    **CASE NO. 4:12CV00022 BSM**

**CHAD MASON**                                                                                                       **DEFENDANT**

## ORDER

The recommendations submitted by Magistrate Judge Beth Deere have been reviewed, along with the objections filed by Mr. Linn. No objections have been filed by Mr. Mason. After carefully considering the recommendations and the timely filed objections and making a *de novo* review of the record, it is concluded that the recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT the pending motions for summary judgment [Doc. Nos. 35, 45] are DENIED.

DATED this 26th day of November 2012.

_____
UNITED STATES DISTRICT JUDGE