IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN
ADC #119571                                                                                           PLAINTIFF

V.                              CASE NO. 4:12CV00022 DPM/BD

CHAD MASON                                                                                          DEFENDANT

## ORDER

Mr. Linn's Court-appointed attorney, Lynda Johnson, has moved to be relieved from her appointment to represent Mr. Linn. (Docket entry #154) For good cause, the motion (#154) is GRANTED. Ms. Johnson is hereby relieved of her appointment. The Clerk of Court is directed to place Ms. Johnson back of the list of attorneys eligible for appointments.

The Court will promptly appoint Mr. Linn new counsel.

IT IS SO ORDERED, this 15th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE