IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN LINN,
ADC #119571                                                                         PLAINTIFF

v.                          No. 4:12-cv-22-DPM

CHAD MASON, Deputy, Van Buren
County Sheriff's Department                                                  DEFENDANT

ORDER

Motion in limine, № 150, denied without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2014