IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEVIN LINN**                                                                                    **PLAINTIFF**

v.                              No. 4:12-cv-22-DPM-BD

**CHAD MASON, Deputy Sheriff,**
**Van Buren County Sheriff's Department**                    **DEFENDANT**

ORDER

Linn wants to fire his appointed counsel. On Linn's appeal, №. 175, the Court affirms Judge Deere's decision rejecting that effort request. Her decision is neither clearly erroneous nor contrary to settled law. FED. R. CIV. P. 72(a). The Court requests, however, that Judge Deere have Linn transported to Little Rock for a meeting with counsel, and then a status hearing, within the next thirty days. Depending on the state of the relationship between Linn and his lawyer, it may be better for counsel to function in a stand-by capacity — by assisting on specific pre-trial tasks such as subpoenas and copies (not on-call for tasks at Linn's demand) and by attending trial to give Linn advice, if it is sought.

So Ordered

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2014